In the Matter of KATHRYN GORDON et al., Appellants, v ASSESSOR, CITY OF BUFFALO, et al., Respondents. [955 NYS2d 913]

Present—
Centra, J.P., Fahey, Valentino and Martoche, JJ.